# No. 22-2750

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

BORIS KOTLYARSKY, an individual,

*Plaintiff-Appellant,*

-against-

UNITED STATES DEPARTMENT OF JUSTICE, a Governmental Federal Agency, PREET BHARARA, in his official capacity, JAMES COMEY, in his official capacity,

*Defendants-Appellees.*

*On Appeal from the September 30th, 2022 Order of the*

*United States District Court for the Southern District of New York*

*District Court Case No.: 1:20-cv-09230-PGG-SDA*

---

## OPENING BRIEF OF PLAINTIFF-APPELLANT

---

Boris Kotlyarsky
*Pro Se*
1900 East 22nd Street
Brooklyn, New York 11229
917-969-9984

# No. 22-2750

---

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

---

BORIS KOTLYARSKY, an individual,

*Plaintiff-Appellant,*

-against-

UNITED STATES DEPARTMENT OF JUSTICE, a Governmental Federal Agency, PREET BHARARA, in his official capacity, JAMES COMEY, in his official capacity,

*Defendants-Appellees.*

---

*On Appeal from the September 30th, 2022 Order of the*

*United States District Court for the Southern District of New York*

*District Court Case No.: 1:20-cv-09230-PGG-SDA*

---

**OPENING BRIEF OF PLAINTIFF-APPELLANT**

---

Boris Kotlyarsky
*Pro Se*
1900 East 22nd Street
Brooklyn, New York 11229
917-969-9984

# **TABLE OF CONTENTS**

Table of Authorities.................................................................................2

Jurisdictional Statement.........................................................................3

Statement of Issues Presented for Review.............................................3

Statement of the Case ............................................................................3

Summary of Argument ...........................................................................4

Standard of Review ................................................................................5

Argument ................................................................................................6

Conclusion ............................................................................................22

Certificate of Compliance .....................................................................23

Certificate / Proof of Service ................................................................24

1

# **TABLE OF AUTHORITIES**

<u>Cases</u>                                                                                                    <u>Page No.</u>

*ABC Ex Rel. Sasaki v. NYU Hospitals Center*, Court of Appeals,
2nd Circuit 2015……………………………………………………….5

*d'Amico Dry Ltd. v. Primera Maritime (Hellas) Ltd.,*
886 F.3d 216………………………………………………………….5

*Harris v. Mills*, 572 F.3d 66……………………………………………5

*In re Sims*, 534 F.3d 117, 132…………………………………………5

*Valley Imp. Ass'n, Inc. v. U.S. Fidelity & Guar. Corp.,*
129 F.3d
1108………………………………………………………………....5


<u>Statutes</u>

28 U.S.C. §1291…………………………………………………………3

42 U.S.C § 1983…………………………………………………………3

## JURISDICTIONAL STATEMENT

On October 18th, 2022 and pursuant to Federal Rules of Appellate Procedure 4(a), Plaintiff-Appellant filed his Notice of Appeal.

This Court has jurisdiction to hear the instant appeal pursuant to 28 U.S.C. §1291.

Accordingly, this Court has jurisdiction to hear this appeal.

## STATEMENT OF ISSUES PRESENTED FOR REVIEW

This appeal presents the reviewing Court with the following issues central to Plaintiff-Appellant's claims:

Did the District Court commit reversible error and abuse its discretion when it dismissed Plaintiff's Complaint.

## STATEMENT OF THE CASE
### (Factual Background and Concise Procedural History)

Plaintiff-Appellant, Boris Kotlyarsky, brought this action against Defendants-Appellees United States Department of Justice, Preet Bharrara and James Comey based on violations of 42 U.S.C § 1983 Conspiracy, Malicious Prosecution and Intentional Infliction of Emotional Distress.

On November 3, 2020, Plaintiff-Appellant filed this action, **ECF No. 1**. On August 6, 2021, Defendants-Appellees moved to dismiss Plaintiff's complaint. **ECF**

**Nos. 20.** The Court entered an order granting the motions to dismiss on September 28th, 2022. **ECF No. 27.** This appeal follows.

## **SUMMARY OF ARGUMENT**

Plaintiff-Appellant's claims were dismissed under Rule 12 (b)(1) and 12(b)(6), the Court failed to accept as true the factual allegations in the Complaint, as applicable legal standards require, and thus erroneously dismissed the claims without leave to amend.

This is an action pursuant to 42 U.S.C Section 1983 to redress the deprivation under Color of Law of Plaintiffs Rights as secured by the United States Constitution. Defendants engaged in a baseless and malicious prosecution of plaintiff which resulted in a gross miscarriage of justice orchestrated by defendant in their official capacity. Plaintiff Boris Kotylarsky's claims arise from the malicious prosecution that was achieved through numerous violations of plaintiff's constitutional rights. All these violations with not a single evidence of any wrongdoing by the plaintiff. All these violations took place where plaintiff saved the life of US citizen Oleg Mitnik- the Victim with not financial or any gain for the plaintiff just: Noble Deed:" If you saved life of one person, you saved the world" that is exactly what plaintiff did absolutely unique situation where both: the victim and the government witness testified on the record both proclaimed innocence and noble deed by plaintiff.

4

Absolutely all evidence on file supported plaintiff's innocence including statements under the oath and not a single evidence of any wrongdoing.

Plaintiff-Appellant shows upon this Court that dismissal was unwarranted, and thus a reversal of the Court's September 30th, 2022 order is appropriate.

## STANDARD OF REVIEW

The trial court granted Defendants-Appellees' motion under Federal Rules of Civil Procedure 12(b)(1) and (6) to dismiss Plaintiff-Appellant's case. This Court therefore reviews its decision *de novo*, accepting as true all of the complaint's well-pleaded facts. See *d'Amico Dry Ltd. v. Primera Maritime (Hellas) Ltd.,* 886 F.3d 216, 222 (2d Cir. 2018); *Harris v. Mills*, 572 F.3d 66, 71 (2d Cir. 2009).

Additionally, this Court has held that a District Court has abused its discretion "if it based its ruling on an erroneous view of the law or on a clearly erroneous assessment of the evidence, or rendered a decision that cannot be located within the range of permissible decisions." *ABC Ex Rel. Sasaki v. NYU Hospitals Center*, Court of Appeals, 2nd Circuit 2015. See also *In re Sims*, 534 F.3d 117, 132 (2d Cir. 2008).

Lastly, this Court is to review the District Court's findings of fact for clear error and its conclusions of law *de novo*. *Valley Imp. Ass'n, Inc. v. U.S. Fidelity & Guar. Corp.,* 129 F.3d 1108, 1115 (C.A.10 (N.M.) 1997).

# ARGUMENT

## I.    Plaintiff-Apelles's Guilty Plea was not Voluntary

Mr. Kotlyarsky would like to start with the main reason by appeal by previous court to dismiss for supposedly 'voluntarily' plea 10/27/2016, but this was never a "voluntarily" plea. If somebody put the gun to a person's head then this person "voluntarily" will get in his pockets and "voluntarily" will give to the person with the gun all that he has. The person with the gun doesn't have to go through the pockets of person without the gun. And if we just drop only one Word "the gun" rest was "voluntarily" and if you are the government you don't need to use the gun. In power invested in them only use the pen and added violation of the law and constitutional rights of Mr. Kotlyarsky. If we cut to the chase, Mr. Kotlyarsky was ready and fully prepared to go to the trial on 11/5/2016. The reason that the victim, whose life was saved, by Mr Kotlyarsky without the financial or other gain. Appendix 148-159. The government witness and victim, both testified and stated on the record supporting the innocence and noble deed done by Mr. Kotlyarsky, adding transcripts of Mr. Kotlyarsky statements, 01/14/2016 video, post arrest interrogation for 40 minutes 32 pages compared to government for 3 minutes, 3 pages Dkt 42-1. The victim, the government witness, Mr. Kotlyarsky also add the government 10/01/2016 Bradey and 05/04 2017 Pg 5 Dkt 58 (1/7/2016). All these evidence fully supported innocence and noble deed by Mr. Kotlyarsky. There was not a single

evidence or statement from anyone supporting any wrongdoing by Mr. Kotlyarsky, that was the government's reason to do everything to avoid the trial. Appendix 148-156. They used their pen and that is why the government prosecuted all three: the mastermind, the hitman, the Good Samaritan who intervened and stopped the murder and saved the life of a U.S. citizen Oleg Mitnik! without any financial or other gain. It is crucial for only one judge who must hear this case to get full picture who did what. Who is guilty and who is innocent, if any? Instead, the Government prosecuted the three cases separately.

That is how the government was able to avoid one judge and using the pen. All: the mastermind, the hitman and the Good Samaritan were assigned not to one but to three different judges just to make sure that none of the judges know the full picture or not to be able to come to correct conclusion, to uphold right justice and law. The government's goal and attempt to lay the ground to commit scheme of using Hon. Judge Katherine Forrest 10/12/2016 Pg 49 Ln 9-19 Case 1:16- CR- 00207 (KBF) where Hon. Judge Forrest stated;" that the government suggestion to get on the record would be in violation of the law!" Where AUSA Thomas respond: "your suggestion is excellent", but AUSA Thomas intentionally lied despite that he was warned 10/12/2016 that this would be in violation of the law. The government committed this crime by using another Hon. Judge Lewis A. Kaplan 10/22/2016 and 10/25/2016 Case # 1:16- CR -00215{LAK). The same Hon. Judge, who on

5/31/2017 at sentencing asked the question:" Who between these three persons is Russian mobster and what is his name?" This happened 15 months after arraignment of Mr. Kotlyarsky 03/22/2016, where the government committed one of many crimes in this case Pg 3 Ln 1- 25. The government coerced Mr. Kotlyarsky to plea to the crime he never committed, they manufactured false $9,500,000 Russian scheme to add 7 levels! to use in the trial outcome of 97-120 months. Then in plea #1-70-87 months, the goal for this was to impose the chance with threat of death.

In these two offers for (69-year-old) Mr Kotlyarsky and why was only $9,500,000, because the government in fact was looking for 7 levels. If they were looking for 15 levels this would be a $20 million scheme depends on the level coerced this to the death sentence. The pen/gun could make $100 million to this scheme. When Mr. Kotlyarsky 'voluntarily' on 10/26/2016 plea #2 to 41- 51months with only chance not to die in prison and to return home. Due to the government 10/12/2016 Pg 49 line 9 -20 violation of the law: the Russian.

$9,500,000 scheme added 7 levels facing real chance to die in prison for 69-year- old Mr. Kotlyarsky who was ready to meet the government at trial but due to this scheme Mr. Kotlyarsky was coerced to plea instead to face 97 -120 months or to 87 months. He pleaded to 41 to 51 months to have one chance to make it through and to confront the government in court to reveal multiple violations of the law by the government. This not only against Mr. Kotlyarsky also against the victim U.S.

citizen Oleg Mitnik, who approached the government looking for help to prevent to

be murdered by CI Anatoly Potik. This was the victim's statements: regarding Mr.

Kotlyarsky 01/14/2016, 01/09/2017 PSR- victim impact, 12/03/2017; 12/14/2017

U.S. citizen Oleg Mitnik, Mr. Kotlyarsky done noble deed by saving the victim's life

without financial or other gain! Regarding the government: 3/18/2018 to New York

Post interview U.S. citizen Oleg Mitnik the victim: "Fed's sold me out by letting free

two men accused of plotting my murder. They basically sold me out for cases." Who

out of two: Mr. Kotlyarsky or the government violated the law? Who in fact saved

the victim's life? Appendix 148-156.

II.    <u>The Government Did Not Have Any Evidence Against Plaintiff-Appellant</u>

In this case Mr. Kotlyarsky, there was no single evidence which would incriminate

Mr. Kotlyarsky there was no single evidence that tends to indicate that the accused

is guilty. Moreover, all evidence supports Plaintiff-Appellant's innocence and noble

deed Mr. Kotlyarsky and ready to be presented. There was no single evidence ever

presented by the government to support any wrongdoing of Mr. Kotlyarsky since

01/14/2016 through 05/31/2017 sentencing. 05/31/2017, Hon. Judge Lewis A.

Kaplan: "I don't have specific evidence before me to make express finding. And I

don't (Pg 17 Ln 20-21}" I understand there's been no express testimony or evidence

(Pg 18 Ln 1-3} but as stated by Hon. Brett Kavanaugh at statement at hearing all

cases must be decided only on evidence presented. A judge must be independent and

9

must interpret the law, does not make the law!" Could all this be defined as "voluntary"? Mr. Kotlyarsky (75-year-old) U.S. citizen. Reason why Mr. Kotlyarsky intervened, his intent that what Mr. Kotlyarsky stated to the court 10/27/2016 at allocution:

1) No financial gain for me at all, not one penny, Pg 14 Ln 22 to 23.

2) I did not know how much money Nayfeld would demand I would not expect to be paid any portion of the money. There was no financial gain for me at all. I have since learned that Nayfeld told Mitnik $125,000. On 01/14/2016, Mitnik paid Nayfeld by check $50,000 I learned later, I did not know that it was going to happen at this particular meeting Pg 17 ln 19 to 25.

3) There is no financial gain or any other gain that was in this case. Pg 18 Ln 13 -14

4) I wanted to prevent tragedy, and save human being life Pg 18 Ln 1-5

5) I did not know about $125,000 Pg 18 Ln 25, Pg 19 Ln 1

6) I arranged meeting because Oleg Mitnik asked me many times. He wanted to see this guy. It's was on request of Oleg Mitnik this meeting was arranged Pg 19 Ln 21 to 25 12/14/201717-8

7) Number 1: I tried to prevent tragedy! All these statements were supported by the victim U.S. citizen Oleg Mitnik Pg 20 Ln 13 and supported by the government witness based on this "voluntary" plea in this, could be defined as "voluntary "plea 10/27/2016. Also 05/31/2017 at sentencing Mr. Entin Esq, who was attorney for Mr.

Kotlyarsky at sentencing stated at conclusion in his address to court, "let me just finish with this your Honor; If Mr. Kotlyarsky, when he heard what Mr. Nayfeld had to say in this schvitz, had done nothing in his mind, he wouldn't be in FDC in Brooklyn or sitting before your Honor today waiting to be sentenced. He would be home snuggled in in the bosom of his family and the victim would be dead "Pg 11 Ln 17-22. Then Mr. Kotlyarsky addressed the court after Entin Esq: "the only reason for me to intervene in this situation was an attempt to prevent a tragedy and to save the life of Oleg Mitnik- nothing else.

No financial gain was in it for me! I couldn't understand how father-in-law can deprive his own grandchildren of having their father, Pg 12 Ln 25: page 13 Ln 1- 4. The victim US citizen, Oleg Mitnik: statement 01/14/2016 to SA Hardinson regarding Mr. Kotlyarsky:" he is not involved" one hour prior to arrest of Mr. Kotlyarsky PO 0119- 01/14/2016, 01/19/2017 PSR victim impact. Appendix 154.

A. The Victim Testified in Support of Mr. Kotlyarsky

The victim explained, ¶24 -28 that Mr. Kotlyarsky told him about the contract. Appendix 148-154. He never asked for or expected to be compensated financially for telling him about the contract. Appendix 148-154. The victim does not feel that Mr. Kotlyarsky should have been charged with extortion the victim believes that if it were not for Mr. Mr. Kotlyarsky to intercede in this scheme he would be dead 01/09/2017 Pg 8, 12/3/2017 from Oleg Mitnik the victim's e-mail "again and again

I'm very sorry about Boris BK being there I always told FBI not to even arrest or charge called Mr. Kotlyarsky was not my call." Appendix 153. "What choice did I have I'm still fitting, how innocent people go to jail and murderers walk away. It is American justice system mastermind. Nolle Prosequi 12/14/2017 declaration to the court of Oleg Mitnik under the oath. I made this declaration in support of Mr. Kotlyarsky case number 1:16 216 CR 00215 LAK, ¶ 1 to , ¶ 24 , ¶ 4. Before signing this declaration, I reviewed records of this case, including transcripts of Mr. Kotlyarsky plea, allocution and sentencing and excerpts of his presents report (PSR) ,is I believe Mr Kotlyarsky's sentence was based on misapprehension of material facts. ¶ 7 through, ¶ 8. Appendix 154. Mr Kotlyarsky told me that I should go to police to get them involved I met with FBI. , ¶ 9 at no point did Mr Kotlyarsky ever ask me , ¶ 11 or lead me to believe that he expected in any way to be compensated financially to helping to save my life. Appendix 148. I fully believe that if not for Mr. Kotlyarsky's intervention I would not be alive today, he helped prevent my death, ¶ 12, the court concluded there would be an economic benefit to Mr. Kotlyarsky. As the victim I do not see it that way, Mr. Kotlyarsky could have easily asked me for compensation given that he did, but he, ¶ 13, did not. Appendix 148. The government presented the no evidence from Mr. Nayfeld. The government stated that there was no financial gain for me Mr. Kotlyarsky from Mr. Nayfeld not Mitnik-not Nayfeld then who is Co-conspirator not Nayfeld. Who is the victim not

Mitnik! Conclusion: that where not conspiracy to extort-not extortion,¶15 The court conclusion was thus completely unfounded and in diametrically opposed to the, ¶ 16 truth of what happened. I do not believe that Mr. Kotlyarsky should have been charged with, ¶ 17 extortion in the first place. Given the truth of what I know what happened constitute a gross miscarriage of justice! ¶18 Mr Kotlyarsky who saved my life received a sentence of 41 months. ¶ 19. Appendix 148-152.

However, Mr. Nayfeld, despite entering into contract to murder me and extortion extorting money from me Mr. Nayfeld was sentenced to 23 months. Mr. Potik somehow manipulated to enter a Nolle Prosequi! ¶20. Appendix 159-165.

As a result Mr Kotlyarsky whose intervention foiled the murder plot and saved my life received the sentence nearly twice that of the hitman who intended to murder me. {23 months) and person who plotted and paid my murder walks scot-free Nolle Prosequi , ¶ 21 Nothing could be more closely constitute a gross miscarriage of justice to Mr.Kotlyarsky, ¶22 I do not believe that Mr. Kotlyrsky should have ever been charged with extortion in this case, ¶23. I support Mr. Kotlyarsky's motion {2255) motion. Appendix 148-152.

B. The Hit-Man Testified that Plaintiff-Appellant Did Not Receive any Financial Gain.

Now the government witness Mr. Boris Nayfeld statements regarding Mr. Kotlyarsky 01/08/2016-01/11/2016 to 10/1/2016 Brady -10/12/2016. 00:25:45 Borya K) this person from heaven 01/8/2016. 00:30:13 00:30:34 01/11/2016. "Oleg,

Oleg, it's not the proper word exactly. Thank God that's such a man like Borya Kotlyarsky, was able to influence because if it had not been for him principally, what difference does it make for me, I am in debt up to my neck, I need to make money. You hear me? But thank God, Kotlyarsky it happened this way. It was Borya (BK) who said it to me I know to whom he A.P. wants to 00:37:05 give the job he's BK he is a good man trust me 01:00:36 Borya (BK) is a decent guy Pg 4 01/11/2016 01:09:25 Borya(BK) is good very good I am being honest page 6 I love him as a person who he BK is a ******* decent man ******* decent man 01:37:07 listen to me we have one man he's Borchik (BK) whom I trust who I know is an honest man and Pg 9, Pg 10 Borok Kotlyarsky. boya ******* great man 10/01/2016 Brady from the government witness. 10/01/2016 a witness has informed the government that defendant (BK) was offered direct payment in connection with the events described in the indictment but declined the offer! (The government witness- not conspiracy!!) 01/07/2016, 05/04/2017 Dkt #58 Pg 5," later when the victim inquired about amounts to be paid to Nayfeld the defendant (Mr. Kotlyarsky) responded" that I don't know I am not interested, I haven't ever asked him" and "that's when you and him sit down for me No, this is where I should be and for me, I don't need in 100 years, because I don't have any interest here. These two documents from the government! 10/01/2016 Brady 05/04/2017 dkt # 58 Pg 5- no conspiracy, not extortion therefore: the victim the government witness; the government: every one of them no conspiracy

to extort not extortion 10/12/2016 the government witness under oath, the court: did you agree with anyone else to try to extort money to take money from son- in-law Boris Nayfeld NO! Pg 36 Ln 11 to 19. The court: do you know where or not anyone else was going to get any money from the son-in-law as a result of using your reputation to scare him? Also, the government tried one more time Pg 49 line 9 to 19. Mr. B. Nayfeld: "I don't know, I don't know about this, I want to take money for my information", (October 13, 2016) I don't know is out of me, Pg 40 Ln 12- 20 The court: Mitnik was the name of the son-in-law? B. Nayfeld, Yes Pg 43 Ln 12-14, The court: Mr. Kotlyarsky did Mitnik give you and Mr. Kotlyarsky money? B. Nayfeld-NO Pg 44 Ln 47, the court: you and Mr. Kotlyarsky somehow divide up money and that actually happen? B. Nayfeld no, no, no, listen, I want the truth he (BK) not tell, not tell me that, Pg 45 Ln 18-25, The court: tell you? B. Nayfeld: he (BK) did not want any money. The court: you give information October 13, 2016 to Mr. Mitnik but Mr. Kotlyarsky was not going to be paid.

B. Nayfeld: he {BK} said no! all this  valid  evidence:  the  victim,  the government witness, the government, and Mr. Kotlyarsky: All unanimously stated not conspiracy to extort not extortion! Therefore, conspiracy to extort and extortion false manufactured by the government to be able to convert the murder- for- hire plot with all evidence to advocate including 01/22/2016 audio recording of all meetings where ¶17 the master mind and the hitman discussed the murder of U.S.

citizen Oleg Mitnik, the victim. There was not single evidence of extortion there were absolutely overwhelming evidence of the murder for hire government violation of the law.

II. The Government Improperly Converted a Murder-For-Hire plot to an Extortion Case

Begun: 01/15/2016 false conversion of the murder- for- hire plot with overwhelming evidence into false conspiracy to extort and force extortion with not a single evidence just to insulate mastermind and Anatoly Potik avoiding confidential FBI information with licensed to kill by contracting the hit man or by selling 165,000 Russian assaulting military guns to higher bidder or to murder U.S. citizen Oleg Mitnik his own son-in-law due to divorce dispute of $20,000,000. Appendix 165. No matter what crimes Cl Anatoly Potik committed the government guaranteed Nolle prosequi for any crime. Appendix 159-164. Mr. Kotlyarsky are ready to present evidence of multiple violation of the law just to protect Anatoly Potik and does not make any difference. To protect Anatoly Pollack, the government had to arrest prosecute and imprison innocent US citizen even this citizen done the noble deed by saving life and another U.S. citizen Oleg Mitnik. Mr. Kotlyarsky have on file and are ready to present following evidence of violations of the law by the government: transcripts 10/31/2015 two emails from the victim 12/03/2015 meeting with Mr. Kotlyarsky asked and the victim 12/16/2015 0007 phone communication

16

recorded 01/04/2016 - 0016 phone communication recorded 01/07/2016 -002

1/22/23 phone communication recorded. 01/08/2016 the hitman, the victim first

meeting where the victim offered twenty (20) plus time money in exchange for:

Information- the recording (01/22/2016 ,¶17)-to report to FBI to wear a wire, to

testify in the court, the hitman- no threat, no demand of money 01/09/2016-0025

phone communication. 01/11/2016- the hitman and the victim meeting #2 The

hitman: "if not Mr. Kotlyarsky everything was ready to murder Mr. Oleg Mitnik.

The hitman didn't answer to 01/08/2016 the victim requests of money for his

services" the hitman: no threat, no demand of money. 01/14/2016 the victim stated

to S.A. Hardison one hour before arrest of Mr. Kotlyarsky.

The victim: "He (BK) is not involved".  Appendix 157. 01/14/2016 two allies

the victim and the hitman phone communication with mastermind -A. Potik this was

by the victim's request. $50,000 check from the victim to the hitman. The hitman:

"no threat- no demand of money. 01/14/2016 video post arrest interrogation of Mr.

Kotlyarsky 2 hours after arrest, Mr. Kotlyarsky certified transcript 40 minutes, 32

pages, the government 3 minutes, 3 pages Dkt 42-4 First tried to hide from the court

check 06/02/2Q16 Pg 4 Ln 1-4, then filed 10/24/2016 nine (9) months later.

01/14/2016 the hitman- the Russian mobster who murdered before was located in

the MCC unit 7S population.

Mr. Kotlyarsky was located in MCC in solitary confinement (the isolation of the prisoner in separate cells as a punishment) 01/14/2016- 01/21/2016 no phone calls to family, no commissary. After 01/21/2016, 7S population.

01/15/2016 false- manufactured- misleading complaint by S.A. Hardison and AUSA Thomas with vital crime. Criminal conversion of the murder- for- hire plot in the false manufacturing conspiracy to extort and extortion with no single evidence in support. This vital crime was the start of following chain of crimes to cover this vital conversion of the murder plot.

01/22/2016, ¶17 complaint against A. Potik and B. Nayfeld Count One- Murder-for-hire. The audio recording of all meetings where the murder plot was discussed absolutely unexpected for the government provided by the hitman one week later after false conspiracy to extort and extortion destroying this 01/15/2016 accusation. Arrest at JFK Mr. A. Potik who tried to flee to Dubai 01/21/2016. 02/3/2016- $20 million bail for Mr. Potik. 03/16/2016- False indictment only for Mr. Kotlyarsky. 3/22/2016 arraignment for Mr. Kotlyarsky 03/22/2016 Page 3, Ln 1-25 AUSA Thomas: False, manufactured information to the court. 06/02/2016 AUSA Thomas Pg 4 Ln 1 to 6 hiding 01/14/2016 post arrest video interrogation from court 06/07/2016 the mastermind and the hitman accused in conspiracy to extort in different crime. 06/8/2016 mastermind Nolle Prosequi in the murder plot by government request.

10/1/2016 Brady from the government witness not conspiracy to extort not financial gain for Mr. Kotlyarsky.

10/05/2016 False Superseding indictment only against Mr. Kotlyarsky False 2015 affidavit Dkt number 42- 1. 10/12/2016 -the government witness allocution in the murder plot under the oath. No conspiracy to extort no financial gain for Mr. Kotlyarsky. The government one more major crime to given in writing to the reporter to transcribe into record 05/1/2019 -1:16-CR- 00207 KBF. 10/12/2016 (page 42, Ln 15-25) -(page 43, Ln 1-12)- (page 49, Ln 9-20) Government scheme 10/13/2016 bail hearing using false 2015 Affidavit Dkt 42- 1. Mr Kotlyarsky bail was revoked only three weeks the trial start. (11/07/2016) 10/22/2016; 10/25/2016 the government violation of the law ($ 9,500,000- adding 7 levels) 10/26/2016 coerced Mr Kotlyarsky to plea or die in prison.

10/27/2016 allocution Mr Kotlyarsky: not conspiracy not extortion innocence noble deed. 0l//27/2017 PSR the interview with the victim: 0l/19/2017 the victim: stated supporting innocence, noble deed, not extortion by Mr. Kotlyarsky PSR ¶ 25 -¶ 27 05/4/2017 Dkt. #58 page 5-6 the government not financial gain not extortion on Mr. Kotlyarsky 5/31/2017 sentencing not a single evidence 12/03/2017 the victim's e-mail in favor of BK. 12/14/2017 the victim's declaration to the court declaring innocence and noble deed by Mr. Kotlyarsky. Appendix 148-155.

III.    The 2255 Motion Was Improperly Dismissed

On 02/23/2018 2255 motion was filed and accepted 05/01/2019 request from Shapiro Esq to office of the court reporters Ms Siwik regarding 10/12/2016. 05/02/2019 not even 24 hours honorable Lewis a Kaplan dismissed 2255 motion case# 1:18 CR 01746 LAK concluded that none has any merit beside 45 new evidences in 2255 motion. Reason for Hon. Stewart D. Aaron US Magistrate 08/18/2021 recommendation due to plea of guilty without of any chance for Mr. Kotlyarsky present crucial evidence which will vindicate Mr. Kotlyarsky of any crime and confirmation of innocence and noble deed for saving the life of a U.S. citizen Oleg Mitnik. To disclose violation of the law by the government. United States government of appeals Dkt #22-2750, Mr. Kotlyarsky does not look for any way out. All what Mr. Kotlyarsky is looking for a true justice for US citizen Mr. Kotlyarsky.

All what Mr. Kotlyarsky is asking for the missed chance of presenting true evidence to answer any questions under the oath by innocent U.S. citizen who done nobody by saving the life of another fellow U.S. citizen with not financial any gain for Mr. Kotlyarsky as stated in the Torah, "if you save the life of one person you save the world" that's exactly what Mr. Kotlyarsky did! All what he asking to put Mr. Kotlyarsky back on the calendar to give me a chance to bring the case back to the court for Mr. Kotlyarsky to be able to litigate, to answer questions, to ask questions. To be deposed and to be able to depose his opponents. Then for Hon.

court to decide to declare the court decision. Mr. Kotlyarsky will be ready to accept any decision in favor of Mr. Kotlyarsky or in favor of his opponent. All what Mr. Kotlyarsky pray and beg for only one thing: The justice in our country, this is whoever committed the crime must be prosecuted. All innocent Americans must be vindicated! God Bless America in God We Trust!!

Five letters to the court 2020 - 2022 years after completing 41-month prison term and being released for 36-month probation period for Saving a life of US Citizen Mr. Mitnik from 2020 through 2022. Mr. Kotlyarsky contacted Hon. Lewis A. Kaplan the judge who presided in Case# 1:16-CR -OO215-LAK and sentenced Mr. Kotlyarsky 05/31/2017 to 41-month. There was not single evidence in any wrongdoing. Where the victim and the government witness, both testified on the record declaring Innocence and noble deed by Mr. Kotlyarsky. In five letters communication with the court Mr. Kotlyarsky kept asking repeatedly only two questions: Your honor, you sentenced me using title Section 18 U.C.S. 1951 charging me in the conspiracy to extort and extortion by sentencing me to 41 month and 36-month probation with not revealing two crucial names: Name of the Co-Conspirator and the victim's name. And the reason these two names did not exist and never were presented to this court. But this court never requested for the government to reveal these two names before sentencing Innocent US Citizen Mr. Kotlyarsky, who saved life his fellow citizen Mr. Oleg Mitnik without financial or any gain the

notable statement: "If you saved life of one person, you saved the world" Mr. Kotlyarsky did just this. But if the two names did not exist then this case is not legitimate and violation of the law

## **CONCLUSION**

Based on the foregoing, Plaintiff-Appellant respectfully requests that this Honorable Court reverse the order of the District Court dismissing the Complaint.

Boris Kotylarysky
*Pro Se*

**Pro Se Certificate of Compliance with**

**Word or Page Limits Adapted from Federal Rules of Appellate Procedure Form 6**

A document filed with the Court must not be longer than the Federal Rules of Appellate Procedure or the Court's Local Rules permit.  Check the box for the document you are filing and state the number of words or pages.

☑ **Brief** contains <u>4,800</u> words.  [14,000 word limit - LR 32.1(a)(4)(A)], or
   **Brief** contains <u>22</u> pages.  [30 page limit - FRAP 32(a)(7)(A)]

❑ **Reply Brief** contains _____ words.  [7,000 word limit - LR 32.1(a) (4)(B)], or
   **Reply Brief** contains _____ pages.  [30 page limit - FRAP 32(a)(7)(A)]

❑ **Writ of Mandamus/Prohibition** contains _____ words.  [7,800 word limit - FRAP 21(d)(1)], or
   **Writ of Mandamus/prohibition** contains _____ pages.  [30 page limit - FRAP 21(d)(2)]

❑ **Motion** or **Response to the Motion** contains _____ words.  [5,200 word limit - FRAP 27(d)(2)(A)], or
   **Motion** or **Response to the Motion** contains _____ pages.  [20 page limit - FRAP 27(d)(2)(B)]

❑ **Reply to the Motion** contains _____ words.  [2,600 word limit - FRAP 27(d)(2)(C)], or
   **Reply to the Motion** contains _____ pages.  [10 page limit - FRAP 27(d)(2)(D)]

❑ **Petition for Panel or En Banc Hearing** contains _____ words.  [3,900 word limit - FRAP 35(b)(2)(A)], or
   **Petition for Panel or En Banc Hearing** contains _____ pages.  [15 page limit - FRAP 35(b)(2)(B)]

❑ **Petition for Panel Rehearing** contains _____ words.  [3,900 word limit - FRAP 40 (b)(1)], or
   **Petition for Panel Rehearing** contains _____ pages.  [15 page limit - FRAP 40 (b)(2)]

February 2017

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 4,800 words, excluding the parts of the brief exempted by Fed. R.App. P. 32(a)(7)(B)(iii).

Boris Kotylarysky
*Pro Se*

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Boris Kotlyarsky_

v.

_U.S. Department of Justice,_
_Preet Bharara and James Comey_

**CERTIFICATE OF SERVICE***

Docket Number: _22-2750_

I, _Boris Kotlyarsky_, hereby certify under penalty of perjury that
(print name)

on _03-15-2023_, I served a copy of _PLAINTIFF APPELLANT'S_
(date)

_BRIEF_

(list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other
                                                        Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| _Tara Schwartz_ | _86 Chamber St_ | _New York_ | _NY_ | _10007_ |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_03-15-2023_                        _Boris Kotlyarsky_
Today's Date                          Signature

Certificate of Service Form (Last Revised 12/2015)

¥21.00    3509730324-2

## PRIORITY MAIL®



**PRIORITY**
★ **MAIL** ★

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: *Boris Kotlyarsky*
*1900 E 22 Street*
*Brooklyn, N.Y.*
*11229*
*Docket# 22-2750 PR*
*Pro se case*

TO: *United States*
*Court of Appeals*
*United States Court House*
*Foley Square #40*
*New York, N.Y. 10007*
*Docket# 22-2750 PR*
*Pro se case*
*(212) 857-8500*

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

13 Lb 13.6 Oz
**RDC 20**

EXPECTED DELIVERY DAY: 03/16/23

C099

SHIP
TO:

40 FOLEY SQ
NEW YORK NY 10007-1502



USPS SIGNATURE® TRACKING #



9510 8138 9589 3074 3501 61

