Boris Kotlyarsky
1900 East 22nd Street
Brooklyn, New York 11229

October 17th, 2023

Elizabeth J. Kim
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel 212. 637.2745
Email: Elizabeth.Kim@usdoj.gov

Re: *Kotlyarsky v. United States Department of Justice et al.*, Docket No. 22-2750

Dear Ms. Kim,

I would like to ask the Court to allow me to speak for 7 minutes during oral argument. Do you allow me to do this?

Thank you,

Boris Kotlyarsky