# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Boris Kotlyarsky
           v. Department of Justice, et al.
           No. 24-105
           (Your No. 22-2750)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 31, 2024 and placed on the docket July 31, 2024 as No. 24-105.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst